UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELVIN SUAREZ,
               Plaintiff,

v.

ROBERT MORTON, Superintendent, Downstate
Correctional Facility, in his individual capacity;
RYAN LAHEY, Office of Mental Health Unit
Chief, Downstate Correctional Facility, in his
individual capacity; ABADUL QAYYUM,
Psychiatrist, Downstate Correctional Facility, in
his individual capacity; PETER M. HORAN,
Supervising Offender Rehabilitation Coordinator,
Downstate Correctional Facility, in his individual
capacity; SAMANTHA L. KULICK, Psychology
Assistant 3/Supervisor, New York State Office of
Mental Health, in her individual capacity;
BRANDON N. REYNOLDS, Psychiatrist, New
York State Office of Mental Health, in his
individual capacity; CHESNEY J. BAKER,
Licensed Master Social Worker 2/Supervisor,
New York State Office of Mental Health, in his
individual capacity; ANTHONY J. ANNUCCI,
Acting Commissioner, New York State
Department of Corrections and Community
Supervision, in his individual capacity,
               Defendants.
--------------------------------------------------------------x



**ORDER**

20 CV 7133 (VB)

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1.    Counsel shall continue to discuss settlement in good faith.

      2.    If any party anticipates filing a motion for summary judgment, by **November 15, 2022**, counsel shall file a letter setting forth the basis for the motion in accordance with Paragraph 2.B of Judge Briccetti's individual practices. A response shall be due from the opposing party by **November 29, 2022**.

      3.    By **November 15, 2022**, plaintiff's counsel shall file a letter, not to exceed three pages, setting forth the basis for plaintiff's anticipated motion for leave to amend the complaint. Defense counsel shall file a response, not to exceed three pages, by **November 29, 2022**.

1

4.  The Court will conduct a pre-motion conference on **December 19, 2022, at 9:30 a.m.**, to proceed in person at the White Plains Courthouse, Courtroom 620.

Dated: November 1, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge