UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELVIN SUAREZ,
                Plaintiff,

v.

ROBERT MORTON, Superintendent, Downstate
Correctional Facility, in his individual capacity;
RYAN LAHEY, Office of Mental Health Unit
Chief, Downstate Correctional Facility, in his
individual capacity; ABADUL QAYYUM,
Psychiatrist, Downstate Correctional Facility, in
his individual capacity; PETER M. HORAN,
Supervising Offender Rehabilitation Coordinator,
Downstate Correctional Facility, in his individual
capacity; SAMANTHA L. KULICK, Psychology
Assistant 3/Supervisor, New York State Office of
Mental Health, in her individual capacity;
BRANDON N. REYNOLDS, Psychiatrist, New
York State Office of Mental Health, in his
individual capacity; CHESNEY J. BAKER,
Licensed Master Social Worker 2/Supervisor,
New York State Office of Mental Health, in his
individual capacity; ANTHONY J. ANNUCCI,
Acting Commissioner, New York State
Department of Corrections and Community
Supervision, in his individual capacity,
                Defendants.
------------------------------------------------------------x

**ORDER**

20 CV 7133 (VB)



      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1.     For the reasons stated on the record, the Court construes plaintiff's pre-motion conference letter dated November 15, 2022 (Doc. #116), as a motion for leave to amend the amended complaint, and GRANTS the motion. By **January 10, 2023**, plaintiff shall file the second amended complaint. Defendants' answer to the second amended complaint is due **January 24, 2023**.

      2.     By **January 31, 2023**, counsel for defendants shall submit a joint letter describing the good faith efforts counsel have taken, and will take, to discuss settlement of this matter, and whether there is anything the Court can do to assist in that regard (for example, by referring this case to a magistrate judge for a settlement conference or to the Court-annexed mediation program).

1

3. Defendants' motion for summary judgment is due **March 7, 2023**.

4. Plaintiff's opposition is due **April 18, 2023**.

5. Defendants' reply is due **May 2, 2023**.

Dated: December 19, 2022
White Plains, NY

SO ORDERED:

*/s/ Vincent L. Briccetti*

Vincent L. Briccetti
United States District Judge