UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ELVIN SUAREZ,
Plaintiff,

v.

ROBERT MORTON, et al.,
Defendants.

-----------------------------------------------------------x

**ORDER**

20 CV 7133 (VB)

As discussed at an on-the-record conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. By **December 7, 2026**, the parties shall file a joint letter informing the Court whether the parties consent to conducting all further proceedings before the magistrate judge.

2. By **January 15, 2027**, defendants shall file their renewed summary judgment motion limited to the issue of qualified immunity.

3. By **February 18, 2027**, plaintiff shall file his opposition.

4. By **March 4, 2027**, defendants shall file their reply.

Dated: November 5, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge